No. 26948.

Court of Criminal Appeals of Texas.

April 21, 1954.

## DOMINGUEZ v. STATE.

No. 26959.

Court of Criminal Appeals of Texas.

April 21, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is felony theft; the punishment, five years.

The record contains no notice of appeal, and this Court is without jurisdiction.

The appeal is dismissed.